Timothy Smith
AKA Zuavey Kadafi
H.R.Y.C.I.
P.O. box 9279
Wilm., De. 19809

U S District Court
Lockbox 18
844 N. King Street
Wilm., De. 19801

06-684 (KAJ)

Nov. 19, 06

Re: Complaint/forma pauperis

Dear Clerk,

I had previous forward a Complaint with defendants Clawerence Sullivan, Brenden O'Neill and John Edinger, to this Court for review. I had to await the attached "Statement" of my account as proof of my indigency.

Please notifiey me as to if and when you received copy of this Complaint that was sent on or about 11-06-06.

I await your earliest response.

Very truly yours,
Zuavey Kalafi



FILED
NOV 29 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

Davey Kadafi #203568
D.R.Y.C.I.
P.O. box 9279
Wilmington, De. 19809



Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, De. 19801