```
RESIDENT HISTORY REPORT                                              Page 1 of 2

HRYCI
11/15/06 13:19                      FILED
ST 006 / OPR KJG                  NOV 29 2006

SBI           : 203568          U.S. DISTRICT COURT        06-684 (KAJ)
Resident Name : KADAFI, ZUAVEY  DISTRICT OF DELAWARE
Time Frame    : 01/13/2004 18:16 - 11/15/2006 13:19

-------------------------------------------------------------------------------
Date        Time    Type          ST   OPR    Receipt #      Amount      Balance
-------------------------------------------------------------------------------

01/13/2004  18:16   Intake         1   cobra  A1263            0.20         0.20
01/21/2004  12:23   Add            4   SED    D374            76.10        76.30
01/21/2004  13:06   Order          2   IM     B894            59.89        16.41
01/26/2004  15:11   Add            4   RWW    D557            55.55        71.96
01/29/2004  10:03   Order          2   WLH    B2023           45.81        26.15
02/02/2004  12:00   Add            4   SED    D926            55.55        81.70
02/05/2004  08:16   Order          2   DDT    B2930           55.61        26.09
02/06/2004  10:23   Credit         2   DDT    B2960            3.70        29.79
02/06/2004  10:26   Order          2   DDT    B2961            4.40        25.39
02/09/2004  13:34   Add            4   SED    D1277           55.99        81.38
02/10/2004  12:39   Order          2   WLH    B3699           56.58        24.80
02/18/2004  11:31   Order          2   DDT    B4760           24.74         0.06
02/27/2004  13:08   Add            8   RLT    H1073           35.00        35.06
02/27/2004  13:09   Add            8   RLT    H1074           75.00       110.06
02/27/2004  15:17   Add-Rev        8   RLT    H1085           75.00        35.06
02/27/2004  15:20   Add            8   RLT    H1086           35.35        70.41
02/27/2004  15:43   Add-Rev        8   PLF    H1087           35.00        35.41
02/27/2004  15:44   Add            8   PLF    H1088           75.00       110.41
03/02/2004  07:31   Order          2   DDT    B6511           57.87        52.54
03/08/2004  08:11   Order          2   DDT    B7215           51.10         1.44
03/08/2004  12:56   Credit         2   DDT    B7340            0.61         2.05
03/08/2004  14:35   Add            4   RWW    D2894           76.00        78.05
03/08/2004  14:37   Add            4   RWW    D2895           56.00       134.05
03/16/2004  08:07   Order          2   DDT    B8537           56.80        77.25
03/22/2004  13:47   Add            4   CK     D3732           20.00        97.25
03/23/2004  07:19   Order          2   DDT    B9607           54.70        42.55
03/29/2004  10:54   Order          2   DDT    B10426          37.29         5.26
03/29/2004  13:42   Order          2   DDT    B10522           4.13         1.13
03/31/2004  11:40   Add            4   SED    D4212           76.00        77.13
04/05/2004  12:33   Add            4   SED    D4478           76.00       153.13
04/06/2004  06:40   Order          2   IM     B11585          57.48        95.65
04/13/2004  07:44   Order          2   DDT    B12656          57.10        38.55
04/13/2004  10:05   Withdrawal     6   PLF    F2384            2.00        36.55
04/14/2004  16:30   Rec Payment    6   SZG    F2516            4.00        32.55
04/16/2004  12:12   Add            4   SED    D5085           20.00        52.55
04/20/2004  06:08   Order          2   DDT    B13571          49.59         2.96
04/27/2004  08:38   Order          2   DDT    B14588           2.64         0.32
05/10/2004  13:11   Add            4   SED    D6248           50.11        50.43
05/11/2004  05:57   Order          2   DDT    B16269          25.36        25.07
05/14/2004  14:52   Rec Payment    7   SZG    G1857            2.50        22.57
05/18/2004  06:43   Order          2   WLH    B17215          22.34         0.23
05/18/2004  11:38   Add            4   SED    D6666           25.00        25.23
05/25/2004  10:36   Order          2   DDT    B18235          25.19         0.04
06/23/2004  11:42   Add            4   SED    D8569           35.00        35.04
06/23/2004  11:43   Add            4   SED    D8570           39.00        74.04
06/27/2004  12:27   Add            8   GLD    H4172           40.00       114.04
06/28/2004  10:40   Order          2   IM     B22517          59.65        54.39
07/06/2004  05:59   Order          2   DDT    B23314          39.36        15.03
07/06/2004  13:42   Credit         3   WLH    C2811            1.02        16.05
07/12/2004  11:13   Order          2   IM     B24369          15.96         0.09
08/24/2004  09:43   Add            4   CK     D11565          30.00        30.09
08/24/2004  13:32   Add            8   bsf    H5654           25.00        55.09
08/31/2004  06:04   Order          2   IM     B30618          49.48         5.61
08/31/2004  09:53   Credit         3   WLH    C3510            4.60        10.21
09/02/2004  13:25   Add            8   RP     H5865           50.00        60.21
09/07/2004  06:18   Order          2   IM     B31516          59.30         0.91
09/11/2004  10:00   Add            8   NSM    H6093           20.00        20.91
09/14/2004  05:59   Order          2   IM     B32354          19.19         1.72
```

RESIDENT HISTORY REPORT                                                Page 2 of 2

**HRYCI**
**11/15/06 13:19**
**ST 006 / OPR KJG**

```
SBI              : 203568
Resident Name    : KADAFI, ZUAVEY
Time Frame       : 01/13/2004 18:16 - 11/15/2006 13:19
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 09/21/2004 | 06:00 | Order | 2 | IM | B33277 | 1.65 | 0.07 |
| 10/29/2004 | 13:23 | Add | 8 | RP | H7197 | 20.00 | 20.07 |
| 11/02/2004 | 08:19 | Order | 2 | WAC | B38921 | 19.80 | 0.27 |
| 11/03/2004 | 13:49 | Credit | 9 | IM | I900 | 19.80 | 20.07 |
| 11/05/2004 | 11:55 | Add | 4 | CK | D15297 | 50.00 | 70.07 |
| 11/09/2004 | 11:58 | Order | 2 | DDT | B39826 | 58.00 | 12.07 |
| 11/17/2004 | 08:35 | Order | 2 | IM | B40771 | 11.89 | 0.18 |
| 11/30/2004 | 10:39 | Order | 2 | WLH | B42298 | 0.13 | 0.05 |
| 11/30/2004 | 14:13 | Credit | 9 | IM | I1065 | 0.13 | 0.18 |
| 12/07/2004 | 06:08 | Order | 2 | WLH | B43101 | 0.13 | 0.05 |
| 12/07/2004 | 14:05 | Credit | 9 | IM | I1115 | 0.13 | 0.18 |
| 12/17/2004 | 11:26 | Add | 4 | SED | D17455 | 25.00 | 25.18 |
| 12/21/2004 | 11:23 | Order | 2 | IM | B45069 | 24.56 | 0.62 |
| 12/21/2004 | 12:28 | Add | 4 | SED | D17677 | 25.00 | 25.62 |
| 12/27/2004 | 08:24 | Order | 2 | IM | B45529 | 25.47 | 0.15 |
| 12/29/2004 | 09:11 | Credit | 3 | WLH | C5170 | 0.61 | 0.76 |
| 01/03/2005 | 10:45 | Add | 4 | SED | D18327 | 50.00 | 50.76 |
| 01/04/2005 | 05:59 | Order | 2 | JJH | B46539 | 50.09 | 0.67 |
| 01/11/2005 | 11:03 | Order | 2 | DDT | B47587 | 0.58 | 0.09 |
| 01/13/2005 | 06:45 | Credit | 3 | WLH | C5510 | 0.58 | 0.67 |
| 01/18/2005 | 10:56 | Order | 2 | DDT | B48443 | 0.65 | 0.02 |
| 03/19/2005 | 12:05 | Add | 8 | elj | H10636 | 20.00 | 20.02 |
| 03/31/2005 | 10:36 | Rec Payment | 7 | kjg | G4959 | 7.70 | 12.32 |
| 04/05/2005 | 11:14 | Order | 2 | DDT | B58400 | 12.30 | 0.02 |
| 06/10/2005 | 15:30 | Close | 6 | kjg | F11973 | 0.02 | 0.00 |
| 08/18/2005 | 18:12 | Reopen | 5 | BVS | E10015 | 34.31 | 34.31 |
| 08/19/2005 | 09:14 | Close-Rev | 6 | kjg | F13572 | 0.02 | 34.33 |
| 08/25/2005 | 19:21 | Close | 6 | PLF | F13698 | 34.33 | 0.00 |
| 04/18/2006 | 12:58 | Add | 4 | CK | D45938 | 20.00 | 20.00 |
| 04/18/2006 | 14:01 | Rec Payment | 10 | bsp | J2617 | 1.25 | 18.75 |
| 04/21/2006 | 12:04 | Rec Payment | 10 | bsp | J2728 | 1.48 | 17.27 |
| 04/21/2006 | 12:05 | Add | 4 | SEA | D46315 | 20.00 | 37.27 |
| 04/25/2006 | 10:24 | Order | 2 | DDT | B112327 | 37.21 | 0.06 |
| 05/24/2006 | 11:21 | Add | 8 | RP | H21267 | 20.00 | 20.06 |
| 05/30/2006 | 06:53 | Order | 2 | DDT | B117207 | 14.27 | 5.79 |
| 05/31/2006 | 10:33 | Order | 9 | DDT | I7551 | 3.90 | 1.89 |
| 05/31/2006 | 10:36 | Order | 9 | DDT | I7552 | 0.96 | 0.93 |
| 06/05/2006 | 09:48 | Order | 2 | DDT | B117972 | 0.91 | 0.02 |
| 06/12/2006 | 12:13 | Add | 4 | SED | D49319 | 50.00 | 50.02 |
| 06/13/2006 | 06:36 | Order | 2 | DDT | B119307 | 47.58 | 2.44 |
| 06/19/2006 | 09:59 | Order | 2 | DDT | B120039 | 2.14 | 0.30 |
| 06/27/2006 | 05:47 | Order | 2 | DDT | B121305 | 0.26 | 0.04 |
| 06/30/2006 | 14:01 | Credit | 9 | RWL | I8161 | 0.26 | 0.30 |
| 07/18/2006 | 09:30 | Order | 2 | DDT | B124340 | 0.26 | 0.04 |
| 09/12/2006 | 08:15 | Add | 6 | kjg | F21733 | 40.00 | 40.04 |
| 09/12/2006 | 15:17 | Rec Payment | 6 | kjg | F21787 | 2.34 | 37.70 |
| 09/14/2006 | 13:52 | Rec Payment | 10 | bsp | J5709 | 1.00 | 36.70 |
| 09/14/2006 | 14:35 | Rec Payment | 10 | bsp | J5719 | 0.55 | 36.15 |
| 09/18/2006 | 06:18 | Order | 2 | WLH | B132904 | 36.08 | 0.07 |
| 10/03/2006 | 13:04 | Add | 4 | SEA | D55665 | 25.00 | 25.07 |
| 10/04/2006 | 13:04 | Rec Payment | 10 | bsp | J5915 | 14.60 | 10.47 |
| 10/04/2006 | 13:14 | Rec Payment | 6 | kjg | F22326 | 0.39 | 10.08 |
| 10/06/2006 | 08:41 | Rec Payment | 10 | bsp | J5950 | 0.75 | 9.33 |
| 10/10/2006 | 05:54 | Order | 2 | DDT | B136552 | 6.29 | 3.04 |
| 10/10/2006 | 12:23 | Order | 3 | WLH | C15384 | 2.76 | 0.28 |
| 11/06/2006 | 07:01 | Order | 2 | WLH | B140260 | 0.25 | 0.03 |

*[handwritten note: 6 months total $135.00]*