OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

| | |
|---|---|
| Peter T. Dalleo<br>CLERK OF COURT | LOCKBOX 18<br>844 KING STREET<br>U.S. COURTHOUSE<br>WILMINGTON, DELAWARE 19801<br>(302) 573-6170 |

December 7, 2006

TO:  Zuavey Kadafi
     SBI# 203568
     HRYCI
     P.O. Box 9561
     Wilmington, DE 19809

*RE:  Status Letter; 06-684(KAJ)*

Dear Mr. Kadafi:

    This office received a letter from you requesting the status of your case. Your case is assigned to the Honorable Kent A. Jordan, and is pending before the Court. You will be advised by the Court as to further developments in your case.

    I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                                         Sincerely,

/ead                                        PETER T. DALLEO
                                             CLERK

cc:  The Honorable Kent A. Jordan
enc: Docket Sheet