IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Zuavey Kadafi
    plaintiff,

    V.                          Civil Action No. 06-684 KAJ
                                                    MPT

Lawrence Sullivan
John Edinger
Brendan O'neill,
    Defendants,



FILED

DEC 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Motion to Amend Complaint

Comes now, plaintiff Zuavey Kadafi, a pro se litigant hereby requests that this court permit him to amend his complaint.

Litigant moves to amend his complaint by re-stating averments in his initial complaint and hereby state the following to be new developed complaints against the defendants.

In the month of November counsel John Edinger sent a continuance request form to the Superior Court and lied about the reasons plaintiff wanted

a continuance by stating "Defendant has infor-
med counsel that he plans to hire private counsel
to represent him at trial and wishes his case to
be rescheduled"

This is a complete untruth as plaintiff has
not even communicated no such communication.


On November 28,06, plaintiff was transported
to Court and Counsel John Edinger discharged
his official duty to provide advisement as to the
negotiation of a plea bargain. A plea was negotiated
between state prosecutor (Ipek Medford) and
plaintiff (Zvavey Kadah) when plaintiff turn for
assistance from Counsel John Edinger. Counsel
at that time raised his hands and threaten to
walk out, thus failing to provide legal representa-
tion and advisement.

Counsel John Edinger, has discourage
the attempts of plaintiff to submitt clearly merit-
orious pretrial motions. His attitude of
apathy has been a total incompetent act to
discourage plaintiff from asserting his legal
rights.

# RELIEF SOUGHT

(1) That he be suspended from engaging in the practice of law as a member of the Delaware Bar for a period of three years. (John Edinger)

(2) That Edinger be reprimanded publicly.

(3) That all others named be publicly reprimanded.

Zuarey Rodgers

12-25-06



Zoacy Kaden #203568
H.R.Y.C.T
Po box 9561
Wilmington, DE
19809

DEC 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

WILMINGTON DE 197
26 DEC 2006 PM

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, PE, 19801

MAILED FROM ZIPCODE 19802
0004615572    DEC 26 2006
$00.39