Zuavey Kadafi
H.R.Y.C.I.
P.o, box 9561
Wilm, De. 19809

District Court
Court Clerk Peter Dalleo

Feb. 23, 07

Re: <u>Zuavey Kadafi v. Lawrence Sullivan MPT</u>
<u>06-684</u>

Dear Court Clerk,

Please find enclosed the appropriate "285" forms for service. Should they be needed, I've taken the initiative to provide the court with such.

Thank you for your time and prudent understanding.

respectfully submitted,
Zuavey Kadafi



FILED
FEB 26 2007
U.S. DISTRICT COURT
DELAWARE

Zuaroy Kabili #203568
H.R.Y.C.I.
Po, box 9561
Wilm, De, 19809

Clerk Mr. Peter Dalleo
U.S. District Court
Lock box 18
844 N. King Street
Wilmington, De,
19801

