Zuavey Kadafi
H.R.Y.C.I.
P.O. box 9561
Wilm., DE 19809

District Court
Court Clerk Peter Dalleo          3-15, 07

Re: Zuavey Kadafi v. Lawrence Sullivan
Et, al NO. 06-684-KAJ

Dear Mr. Dalleo,

Please be advised that I have provided the Court with the appropriate "285" US marshal forms sometime ago.

I would like to know why haven't the defendants been served a copy of the complaint? The Court has filed this complaint in November of 06.

Secondly, could you please send me a docket sheet.

Thank you,
Zuavey Kadafi



FILED
MAR 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

