OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 21, 2007

TO: Zuavey Kadafi
SBI# 203568
HRYCI
P.O. Box 9561
Wilmington, DE 19809

*RE:* **Response to Letter Dated 3/15/07; 06-684(KAJ)**

Dear Mr. Kadafi:

The Clerk's Office is in receipt of the above referenced letter. Please be advised that as of this date ***no service order has been issued***. Therefore, counsel has not yet entered its appearance for defendants in this case.

Please be advised that in accordance with the directive from the Judicial Conference of the United States the fee for copies (including docket sheets) is fifty ($.50) cents per page. ***A copy of the docket is enclosed, free of charge for this request only. Should you require copies (including docket sheets) in the future***, please be aware of this fee requirement. Prepayment should be sent with your request, check or money order payable to Clerk, U.S. District Court.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Mary Pat Thynge
enc: Docket Sheet